PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CARLOS GARZA,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-01076-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME OF 30 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 30 days to respond to Plaintiff's motion for summary judgment. This is the first continuance sought by Defendant. The current due date is November 22, 2017. The new due date will be December 22, 2017.

    There is good cause for this request. Since around the filing of Plaintiff's motion for summary judgment, Defendant's counsel has been diligently addressing her full workload and was assigned additional and unanticipated matters that had immediate deadlines and could not be assigned to another attorney, including one employment law hearing involving travel and witness

1

preparation that occurred in October and a district court hearing in early November, with deadlines that could not be extended.  Moreover, Defendant's counsel is continuing to address other previously extended district court cases and one Equal Employment Opportunity Commission matter involving discovery, depositions, and travel during the week of November 13, 2016.  Moreover, in December, Defendant's counsel will be participating in another hearing involving travel and being out of the office for multiple days.

Therefore, Defendant is respectfully requesting additional time up to and including December 22, 2017, to fully review the record and research the issues presented by Plaintiff's opening brief in this case.  The parties further stipulate that Plaintiff will have an additional 15 days added to the time specified in the scheduling order, for Plaintiff's reply brief, in light of Plaintiff's counsel's travel during the holidays.  This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: November 22, 2017  BARBARA M. RIZZO, ATTORNEY AT LAW

*s/ Barbara M. Rizzo by C.Chen\**
(As authorized by email on 11/21/2017)
BARBARA M. RIZZO
Attorneys for Plaintiff

Date: November 22, 2017  PHILLIP A. TALBERT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  November 28, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE