MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CARLOS GARZA, <br><br>    Plaintiff, <br><br>vs. <br>NANCY A. BERRYHILL, <br>Acting Commissioner of Social Security, <br><br>    Defendant. | Case No.: 2:17-cv-01076-EFB <br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME OF 30 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND 45 DAYS FOR PLAINTIFF'S REPLY |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 30 days to respond to Plaintiff's motion for summary judgment. This is the third continuance sought by Defendant. The current due date is January 22, 2018. The new due date will be February 21, 2018. The parties also stipulate that Plaintiff will have an extension of time of 45 days for his reply.

/////

/////

/////

1

There is good cause for this request. Since the Court's previous extension of time, Defendant's counsel has been diligently addressing her full workload including other district court cases also previously extended, and an employment case involving additional briefing. Moreover, Defendant's counsel had pre-approved leave in the months of December and early January. Furthermore, as of Friday, January 19, 2018 afternoon, the Congress has not taken action to fund most government agencies, including the Social Security Administration. This means that Social Security Administration has no funds at this time to pay salaries for work performed by many of its employees, including Defendant's counsel for this case, after January 19, 2018.

Therefore, Defendant is respectfully requesting additional time up to and including February 21, 2018, to fully review the record and research the issues presented by Plaintiff's motion for summary judgment in this case, and under the assumption that the Social Security Administration will have funding to pay its employees by that time. The parties further stipulate that Plaintiff will have 45 days until April 30, 2018 to provide his reply to Defendant's response since Plaintiff's counsel will be out of the country from February to April.

This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: January 19, 2018

BARBARA M. RIZZO, ATTORNEY AT LAW

*s/ Barbara M. Rizzo by C.Chen\**
(As authorized by email on 1/19/2018)
BARBARA M. RIZZO
Attorneys for Plaintiff

/////

/////

/////

/////

/////

| | |
|---|---|
| Date: January 19, 2018 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>By *s/ Carolyn B. Chen*<br>CAROLYN B. CHEN<br>Special Assistant U. S. Attorney<br><br>Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED.

DATED: January 22, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE