MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CARLOS GARZA, <br><br>    Plaintiff, <br><br>vs. <br>NANCY A. BERRYHILL, <br>Acting Commissioner of Social Security, <br><br>    Defendant. | Case No.: 2:17-cv-01076-EFB <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME OF 14 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND 35 DAYS FOR PLAINTIFF'S REPLY |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 14 days to respond to Plaintiff's motion for summary judgment. This is the fourth continuance sought by Defendant. The current due date is February 21, 2018. The new due date will be March 7, 2018. The parties also stipulate that Plaintiff will still have an extension of time of 35 days for his reply.

    There is good cause for this request. Since the Court's previous extension of time, the government experienced brief shutdowns, and Defendant's counsel had been diligently addressing her full workload including other district court cases and an employment case with a

1

voluminous record involving briefing. Moreover, since the last extension of time, the parties engaged in settlement negotiations. However, the parties did not reach an agreement and have decided to continue to pursue litigation of this case.

Therefore, Defendant is respectfully requesting additional time up to and including March 7, 2018, to provide a response to Plaintiff's motion for summary judgment in this case. The parties further stipulate that Plaintiff will have 35 days until May 2, 2018 to provide his reply to Defendant's response since Plaintiff's counsel will be out of the country from February to April.

This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: February 16, 2018      BARBARA M. RIZZO, ATTORNEY AT LAW

*s/ Barbara M. Rizzo by C.Chen\**
(As authorized by email on 2/16/2018)
BARBARA M. RIZZO
Attorneys for Plaintiff

Date: February 16, 2018      MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: February 21, 2018      _____
HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE