MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CARLOS BROWN GARZA,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-01076-EFB<br><br>DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

**MOTION**

Defendant requests leave from the Court to file a response to Plaintiff's reply to Defendant's cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment (hereinafter Plaintiff's reply or reply), filed May 2, 2018 (Doc. No. 27).

There is good cause for this request. Plaintiff has alerted the Court for the first time in the litigation of this case, the issue of a subsequent grant of Social Security benefits awarded on or around November 14, 2017, in his reply filed May 2, 2018 (*see* Doc. No. 27 at Section II(A)). In his reply, Plaintiff argues that the subsequent grant of benefits is a basis of remand for

1

immediate payment of benefits (*see, e.g.*, Doc. No. 27 at 1-4 at Section (II)(A)).  Defendant requests the opportunity to respond to Plaintiff's reply on the issue presented at Section II(A), since the issue had not yet been presented to the Court or argued in Plaintiff's pleadings at any point before Defendant filed her opposition and cross-motion for summary judgment (*see* Doc. Nos. 15, 26).

  Due to Defendant's counsel heavy workload this month, Defendant is respectfully requesting 28 days to respond to Plaintiff's reply on the issue at Section II (A) of Doc. No. 27, to and including Wednesday, May 30, 2018.

  On May 9, 2018, and prior occasions, Defendant's counsel contacted Plaintiff to notify him of Defendant's intention to request leave from the Court to respond to the substance of Plaintiff's reply argument presented in Section II(A) of Doc. No. 27.  On those occasions and May 9, 2018, Plaintiff indicated that he had no objection to the requests in this motion

Dated: May 9, 2018       Respectfully submitted,

             MCGREGOR W. SCOTT
             United States Attorney
             DEBORAH LEE STACHEL
             Regional Chief Counsel, Region IX
             Social Security Administration

          By:  /s/ *Carolyn B. Chen*
             CAROLYN B. CHEN
             Special Assistant U.S. Attorney

             Attorneys for Defendant

             <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:  May 9, 2018.

             HON. EDMUND F. BRENNAN
             UNITED STATES MAGISTRATE JUDGE