BARBARA MARIE RIZZO (CSBN 172999)
Attorney At Law
P. O. Box 383103
Waikoloa, HI 96738
Telephone: 808-785-6088
Fax: 808-440-0699
E-Mail: mail@fedlaborlaw.com

Attorney for Plaintiff Carlos Brown Garza

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS BROWN GARZA, | Case No.: 2:17-CV-1076-EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES, COSTS, AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §2412(d) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of ELEVEN THOUSAND SEVEN HUNDRED AND EIGHTY DOLLARS ($11,780.00) and costs/expenses in the amount of ONE HUNDRED AND THIRTY-SIX DOLLARS ($136.00). These amounts represent compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§1920, 2412(d).

After the Court issues an order for EAJA fees, costs, and expenses to Plaintiff, the Government will consider the matter of Plaintiff's assignment of EAJA fees, costs, and expenses to Plaintiff's attorney. Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States

Department of the Treasury's Offset Program.  After the order for EAJA fees, costs, and expenses is entered, the Government will determine whether the fees are subject to any offset.  If the Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government shall cause the payment of fees, costs, and expenses to be made directly to Barbara Marie Rizzo, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, costs, and expenses and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees, costs, and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the offset provisions of the EAJA.

                                          Respectfully submitted,

Dated:  December 19, 2018          "/s/Barbara Marie Rizzo"
                                             BARBARA MARIE RIZZO
                                             Attorney for Plaintiff

Dated:  December 19, 2018          "/s/Carolyn Chen"
                                             CAROLYN CHEN
                                             (As authorized via e-mail)
                                             Special Assistant United States Attorney
                                             Attorney for Defendant
                                             Nancy A. Berryhill, Acting Commissioner
                                             of Social Security

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of ELEVEN THOUSAND SEVEN HUNDRED AND EIGHTY DOLLARS ($11,780.00) and costs/expenses in the amount of ONE HUNDRED AND THIRTY-SIX DOLLARS ($136.00), as authorized by 28 U.S.C. §§1920, 2412(d), subject to the terms of the above referenced Stipulation.

IT IS SO ORDERED.

Dated: January 7, 2019.

EDMUND F. BRENNAN
United States Magistrate Judge